```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                    CASE NO. 08 B 06698
        DONALD M JENKINS
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

            Debtor
        SSN XXX-XX-4348
```

---
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
---

      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/21/08 and confirmed on 06/05/08.

   2.  The case was converted to Chapter 7 after confirmation, 10/21/2008.

   3.  The Debtor paid a total of $   4638.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 2034.26 | .00 | 41.94 |
| CAPITAL ONE BANK | UNSECURED | 1672.69 | .00 | 34.48 |
| GE MONEY BANK | UNSECURED | 3033.44 | .00 | 62.54 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5882.40 | .00 | 121.27 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2977.03 | .00 | 61.37 |
| CITIFINANCIAL | UNSECURED | 10756.80 | .00 | 221.76 |
| FIRST NATIONAL BANK OF O | UNSECURED | 2887.51 | .00 | 59.53 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 779.53 | .00 | 16.07 |
| NAVY FEDERAL CREDIT UNIO | UNSECURED | 4954.34 | .00 | 102.14 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1033.55 | .00 | 21.31 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1891.05 | .00 | 38.99 |
| NAVY FEDERAL CREDIT UNIO | UNSECURED | 9958.48 | .00 | 205.30 |
| NAVY FEDERAL CREDIT UNIO | UNSECURED | 12111.27 | .00 | 249.68 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6785.60 | .00 | 139.89 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 66757.95 | .00 | 66757.95 |
| PRINCIPAL PAID | .00 | .00 | 1376.27 | .00 | 1376.27 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 1376.27 | .00 | 1376.27 |

The Debtor's attorney, PATRICK A MESZAROS           , was allowed $   3500.00
and was paid $    500.00  direct and $   3000.00  through the plan.

The Trustee received $    261.73 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/22/09                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE












                              PAGE   2
          CASE NO. 08 B 06698 DONALD M JENKINS